**Lloyd Bernstein**, OSB #002030
E-mail:   lloyd.bernstein@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Defendant State Farm Fire and Casualty

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BARBARA RADDING, An Individual,<br><br>                                   Plaintiff,<br><br>     v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, DBA STATE FARM AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DBA STATE FARM,<br><br>                                   Defendant. | Civil No. 3:24-cv-01584-SI<br><br>**ANSWER AND AFFIRMATIVE DEFENSES** |

Defendant State Farm Fire and Casualty Company ("State Farm" or "Defendant") submits the following Answer and Affirmative Defenses in response to the Complaint filed by Plaintiff Barbara Radding ("Plaintiff"):

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**ANSWER AND AFFIRMATIVE DEFENSES**
**Page 1**

1. Based upon information and belief, Defendant admits the allegations in Paragraph 1.

2. Defendant admits the allegations in Paragraph 2.

## FACTUAL ALLEGATIONS

3. Defendant admits the allegations in Paragraph 3.

4. Based upon information and belief, Defendant admits the allegations in Paragraph 4.

5. The Policy speaks for itself as to its terms, conditions, and limitations of coverage, and to the extent the allegations in Paragraph 5 deviate from the terms of the Policy, Defendant denies the allegations in Paragraph 5.

6. Defendant admits that on or about January 13, 2024, during the policy period, the Property sustained damage. Except as expressly admitted, Defendant denies the remaining allegations in Paragraph 6.

7. No response is required to Paragraph 7 of the Complaint because it calls for a legal conclusion. To the extent a response is required, Defendant denies the allegations in Paragraph 7.

8. Defendant admits to the allegations in Paragraph 8.

9. Defendant admits that some or all the Loss was covered by the Policy. Except as expressly admitted, Defendant denies the allegations in Paragraph 9.

10. Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 10, and therefore, denies the same.

11. Defendant denies the allegations in Paragraph 11.

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**ANSWER AND AFFIRMATIVE DEFENSES**
**Page 2**

12. No response is required to the allegations in Paragraph 12 because they call for a legal conclusion. To the extent a response is required, Defendant admits that Plaintiff provided estimates but otherwise denies the allegations in Paragraph 12.

13. Defendant denies the allegations in Paragraph 13.

14. Defendant denies the allegations in Paragraph 14.

15. No response is required to Paragraph 15 of the Complaint because it calls for a legal conclusion. To the extent a response is required, Defendant denies the allegations in Paragraph 15.

16. Defendant denies the allegations in Paragraph 16. Plaintiff also states legal conclusions within Paragraph 16, which do not require a response. To the extent a response is required, Defendant denies the allegations in Paragraph 16.

17. Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 17, and therefore, denies the same.

18. To the extent that Paragraph 18 states a legal conclusion, no response is required. Defendant is without information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 18, and therefore, denies the same.

19. No response is required to Paragraph 19 of the Complaint because it calls for a legal conclusion. To the extent a response is required, Defendant denies the allegations in Paragraph 19.

20. No response is required to Paragraph 20 of the Complaint because it calls for a legal conclusion. To the extent a response is required, Defendant denies the allegations in Paragraph 20.

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**ANSWER AND AFFIRMATIVE DEFENSES**
**Page 3**

21. No response is required to Paragraph 21 of the Complaint because it calls for a legal conclusion. To the extent a response is required, Defendant is without information sufficient to form a belief as to the truth of the allegations in Paragraph 21, and therefore, denies the same.

22. No response is required to Paragraph 22 of the Complaint because it calls for a legal conclusion. To the extent a response is required, Defendant denies the allegations in Paragraph 22.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
**(Count 1: Express Breach of Contract)**

23. In response to Paragraph 23, Defendant incorporates its above responses to all preceding paragraphs of the Plaintiff's Complaint as if fully set forth herein.

24. Defendant admits that Plaintiff had a contract of insurance but otherwise denies the remaining allegations in Paragraph 24.

25. Defendant denies the allegations in Paragraph 25.

26. Defendant denies the allegations in Paragraph 26.

27. Defendant denies the allegations in Paragraph 27.

28. Defendant denies the allegations in Paragraph 28.

**(Count 2: Breach of Implied Covenant of Good Faith and Fair Dealing)**

29. In response to Paragraph 29, Defendant incorporates its above responses to all preceding paragraphs of the Plaintiff's Complaint as if fully set forth herein.

30. Defendant denies the allegations in Paragraph 30.

31. Defendant denies the allegations in Paragraph 31.

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**ANSWER AND AFFIRMATIVE DEFENSES**
**Page 4**

      a.      Defendant further denies the allegations in Paragraph 31(a).

      b.      Defendant further denies the allegations in Paragraph 31(b).

      c.      Defendant further denies the allegations in Paragraph 31(c).

      d.      Defendant further denies the allegations in Paragraph 31(d).

      e.      Defendant further denies the allegations in Paragraph 31(e).

32.      Defendant denies the allegations in Paragraph 32.

33.      Defendant denies the allegations in Paragraph 33.

34.      Defendant denies the allegations in Paragraph 34.

35.      Defendant denies the allegations in Paragraph 35.

## SECOND CLAIM FOR RELIEF
### (Negligence/Tortious Insurance Bad Faith)

36.      In response to Paragraph 36, Defendant incorporates its above responses to all preceding paragraphs of the Plaintiff's Complaint as if fully set forth herein.

37.      Defendant denies the allegations in Paragraph 37.

38.      Defendant denies the allegations in Paragraph 38.

39.      Defendant denies the allegations in Paragraph 39.

      a.      Defendant further denies the allegations in Paragraph 39(a).

      b.      Defendant further denies the allegations in Paragraph 39(b).

      c.      Defendant further denies the allegations in Paragraph 39(c).

      d.      Defendant further denies the allegations in Paragraph 39(d).

      e.      Defendant further denies the allegations in Paragraph 39(e).

40.      Defendant denies the allegations in Paragraph 40.

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**ANSWER AND AFFIRMATIVE DEFENSES**
**Page 5**

**PRAYER FOR RELIEF**

41.     Defendant denies that Plaintiff is entitled to any of the relief sought in this Prayer.

**GENERAL DENIAL**

42.     Defendant denies each and every remaining allegation in the Complaint to the extent it has not already done so.

**AFFIRMATIVE DEFENSES**

By way of further Answer, Defendant asserts the following affirmative defenses. In doing so, Defendant does not intend to assume a burden of proof beyond that imposed by law and does not represent that its affirmative defenses constitute admissions of any allegations in the Complaint.

**FIRST AFFIRMATIVE DEFENSE**
**(Accord and Satisfaction)**

43.     Defendant reasserts Paragraphs 1 through 42 of the Answer.

44.     Plaintiff has been paid all sums that are due under the Policy for the Claim. To the extent the Complaint comprises claims for unpaid insurance proceeds, the Complaint should fail as a result.

**SECOND AFFIRMATIVE DEFENSE**
**(Offset)**

45.     Defendant reasserts Paragraphs 1 through 44 of the Answer.

46.     In the alternative to and notwithstanding Defendant's First Affirmative Defense (Accord and Satisfaction), if any sums are still owed to Plaintiff for the claims, those sums should be offset and potentially resolved in their entirety by payments Defendant has made to date on the claim.

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**ANSWER AND AFFIRMATIVE DEFENSES**
**Page 6**

### THIRD AFFIRMATIVE DEFENSE
### (Policy Provisions: General)

47.  Defendant reasserts Paragraphs 1 through 46 of the Answer.

48.  Plaintiff's claims for damages are subject to and may therefore be limited or barred by the Policy's other relevant terms, conditions, limitations, exclusions, and deductibles. To the extent any of Plaintiff's claims are curtailed by these Policy terms, they must fail as a result.

### DEFENSES RESERVED

49.  Defendant may not be able to fully anticipate all applicable affirmative defenses. Therefore, Defendant reserves the right to assert additional affirmative defenses, or to modify or withdraw any defenses stated herein as may be appropriate in light of information obtained in discovery and investigation in this action.

### RESERVATION OF RIGHT TO AMEND

50.  Discovery is ongoing in this case and Defendant reserves the right to amend this Answer accordingly as additional information becomes available.

### PRAYER FOR RELIEF

WHEREFORE, having fully Answered Plaintiff's Complaint and asserted its own affirmative defenses, State Farm prays:

a.  For a judgment in State Farm's favor;

b.  For dismissal of Plaintiff's Complaint and all claims therein with prejudice;

c.  For an award of costs, fees, and disbursements in favor of State Farm; and

d.  For such other relief as this Court deems just and equitable.

/ / /

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**ANSWER AND AFFIRMATIVE DEFENSES**
**Page 7**

DATED:  September 25, 2024

                                                BULLIVANT HOUSER BAILEY PC

                          By  /s/ Lloyd Bernstein
                              Lloyd Bernstein, OSB #002030
                              E-mail:   lloyd.bernstein@bullivant.com
                              Telephone: 503.228.6351

                              Attorneys for Defendant State Farm Fire and Casualty Company

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**ANSWER AND AFFIRMATIVE DEFENSES**
**Page 8**