**Lloyd Bernstein**, OSB #002030
E-mail: lloyd.bernstein@bullivant.com
**Christina Anh Ho**, OSB #132138
E-mail: christinaanh.ho@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915

*Attorneys for Defendant State Farm Fire and Casualty*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BARBARA RADDING, An Individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, DBA STATE FARM AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DBA STATE FARM,<br><br>Defendant. | Civil No: 3:24-cv-01584-SI<br><br>**DECLARATION IN SUPPORT OF STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES** |

I, CHRISTINA ANH HO, Declare upon penalty of perjury:

1. I am one of the attorneys for Defendant State Farm Fire and Casualty Company DBA State Farm Mutual Automobile Insurance Company ("State Farm").

2. I am over 18 years of age and if called to testify upon the matters contained herein, I could do so based on personal knowledge.

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DECLARATION IN SUPPORT OF STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES**

**Page 1**

3. I conferred with opposing counsel regarding the dates contained in this Motion and he does not oppose the Motion.

4. This Motion is made for good cause, and to allow the parties to complete discovery in the most efficient manner. It is not made for any improper purpose, including for undue delay.

**I DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY OF PERJURY**

DATED: March 3, 2025

BULLIVANT HOUSER BAILEY PC

By  *s/ Christina Anh Ho*
**Lloyd Bernstein**, OSB #002030
E-mail: lloyd.bernstein@bullivant.com
**Christina Anh Ho**, OSB #132138
E-mail: christinaanh.ho@bullivant.com
Telephone: 503.228.6351

*Attorneys for Defendant State Farm Fire and Casualty Company*

4918-6336-1805.1 00187/21129

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**DECLARATION IN SUPPORT OF STIPULATED MOTION TO EXTEND DISCOVERY DEADLINES**

**Page 2**